[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-12513

_____

D.C. Docket No. 99-02054-CT-30-TGW

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 1, 2010
JOHN LEY
CLERK

EZELL GILBERT,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 1, 2010)

Before DUBINA, Chief Judge, MARTIN, and HILL, Circuit Judges.

BY THE COURT:

Presently before the court are:

1.      Motion by Defendant/Appellant Gilbert for Release Pending Appeal/Remand;

2.      United States' Response to Gilbert's Motion for Release Pending Appeal/Remand;

3.      United States' Unopposed Motion for Immediate Stay of the Mandate Pending Final Disposition of Possible Petition for Rehearing En Banc; and,

4.      Appellant Gilbert's Response to the Government's Motion to Stay the Mandate.

We deal with these motions and responses as follows:

1.      Defendant/Appellant Gilbert's Motion for Release Pending Appeal/Remand is GRANTED.  The motion and this order are remanded to the district court for the district court, expeditiously, to impose conditions, if any, upon Gilbert's release.

2.      Inasmuch as a judge of this Court has caused the mandate to be held, the Government's motion for immediate stay of the mandate is DENIED, AS MOOT.